**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**18-cr-434-002 (JGK)**

- **against** -

<u>ORDER</u>

**ANA VIANELY MOLINA, ET AL.,**

**Defendants.**


**JOHN G. KOELTL, District Judge:**

In the judgment for defendant Ana Vianely Molina, the parties should advise the Court no later than **February 7, 2020**, the amount of joint and several liability the Court should include in that judgment for each of Lenin Guzman-Hidalgo, William Polanco, Albanelly Ramirez, Basilio Ramirez, Winston Ramirez, and Gelson Rojas.


**SO ORDERED.**

**Dated:    New York, New York**
**         January 31, 2020**            <u>     /s/ John G. Koeltl     </u>
                                              **John G. Koeltl**
                                     **United States District Judge**